UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HAFEEZA SHAEED** <br><br> **Plaintiff,** <br><br> **V.** <br><br> **MICHELLE WU, in her capacity as Mayor of the City of Boston** <br><br> **Defendant.** | **Civil Action No:** |

## COMPLAINT

### I. PARTIES

1. Hafeeza Shaheed (hereinafter "H. Shaheed") is a resident of Massachusetts and a tenant of the *Boston Planning & Development Agency (B.P.D.A.)* affordable lottery program.

2. Michelle Wu (hereinafter, "Mayor Wu") is the elected Mayor of the City of Boston, Massachusetts.

### II. JURISDICTION

3. The Court has jurisdiction in this matter pursuant to 42 USC § 1983 and 28 USC §§ 2201, 2202.

1

## IV. FACTS

4.  Mayor Wu, by and through her Office of Housing agents in the Boston City Government, is responsible for eliminating discrimination and increasing access to housing to ensure that renters can find, maintain, and stay in their homes. By investigating housing discrimination complaints, developing affordable housing, housing the homeless, managing the City's real estate, and enforcing landlord/Owner policies and procedures.

Mayor Wu, by and through her Office of Housing agent in the Boston City Government failure to investigate H. Shaheed housing discrimination complaints and protect H. Shaheed's housing rights. H. Shaheed is under tremendous stress, anxiety, anguish, despair, body aches, headaches, sleepless nights and an overwhelming amount of legal deadlines due to her housing discrimination situation. Sacrificing life dreams and goals have been the hardest part of H. Shaheed 5 years and counting housing discrimination nightmare. The most heart wrenching hurdle for H. Shaheed to overcome, tearful memories to erase and overall painful sacrifice to date is H. Shaheed dropping out of LSAT school.

5.  September 2018 through to December 2022, H. Shaheed reported discrimination and housing violations including increased rent ,delivered packages and guest protocol violations to Boston Housing Authority (B.H.A.). In addition to ledger tampering, double charging of utilities, bias treatment, refusal to provide updated lease, prolonged work orders, harassment, simple assault, and denied participation in refund policy, amenity rental and BILT rent rewards due to H. Shaheed receipt of public

2

assistance. B.H.A. refused to investigate or follow discrimination complainant policies by submitting a referral for H. Shaheed to the City of Boston Mayor's Office Housing & Equity. H. Shaheed filed a civil suit against the *B.H.A.* at the Superior Court however, attorney for *B.H.A.* transferred H. Shaheed civil case to the Eastern Housing Court. **Referencing Exhibit (A)**

6. October 2019 through to June 2021 H. Shaheed reported housing discrimination to the City of Boston Mayor's *Office of Fair Housing and Equity (O.F.H&E.)* also known as the City of Boston Mayor's *Boston Fair Housing Commission (B.F.H.C.).* Namely denied amenity rental privileges due to H. Shaheed receipt of public assistance was denied an investigation. The City of Boston Mayor's O.F.H. & E / B.F. H. C. advised H. Shaheed to contact the *Massachusetts Commission Against Discrimination or Greater Boston Legal Services.*

After over 20 emails between H. Shaheed and the City of Boston Mayor's *O.F.H. & E./* B.F. H. C., two letters omitting H. Shaheed reported complaints and a meeting with the City of Boston Mayor's O.F.H.&.E. Director of Investigations Andrew Espinosa. H. Shaheed's request was finally adhered to as she received a detailed letter of her complaints from the City of Boston Mayor's *O.F.H.& E. / B.F.H.C.* and their investigation denial reason. **Referencing Exhibit (B)**

7. September 2020 through to January 2023 H. Shaheed reported housing discrimination and lease violations complaints to *Boston Planning Development Agency (B.P.D.A.)* were not in their policy to investigate.

3

From increased rent, delivered packages and guest protocol violations to denied participation in refund policy, amenity rental and BILT rent rewards due to her receipt of public assistance. In addition to ledger tampering, double charging of utilities, bias treatment, refusal to provide updated lease, harassment, prolonged work orders, and simple assault.

Mayor Wu, by and through her agents in the Boston City housing Government failed to provide policies that allowed the City of Boston Mayor's B.P.D.A. To investigate the City of Boston Mayor's B.P.D.A tenant discrimination and housing policy violations complaints. This policy failure directly negatively impacted H. Shaheed's life resulted in irreversible financial and educational setbacks for H. Shaheed as she fought housing discrimination alone in the court of law.

The City of Boston Mayor's B.P.D.A advised H. Shaheed to contact either the *G.B.L.S,* the City of Boston Mayor's *O.F.H. & E.* or the *M.C.A.D.* In addition, without proof or documentation provided H. Shaheed was falsely accused by B.P.D.A. of lease recertification inconsistencies. H. Shaheed was forced to complete a recertification fraud audit not only for recertifications that were already either previously waived. But recertifications that were also either previously litigated, previously verified and/or previously approved. **Referencing Exhibit (C)**

8. October 2019 through to April 2023 H. Shaheed sought legal assistance for housing discrimination and lease violations from several free legal aid organizations. Including but not limited to *Greater Boston Legal Services (.G.B.L.S.),* Lawyers Clearinghouse and the Housing court *Volunteer Lawyers Project (V.L.P.)*

4

H. Shaheed was ignored or denied assistance and advised to file a claim with M.C.A.D. Mayor Wu, by and through her agents in the Boston City housing Government, has several legal housing resources for defendants in receipt of public assistance facing immediate evictions. However Mayor Wu, by and through her agents in the Boston City housing Government does not have the same legal housing resources to support H. Shaheed as a Plaintiff in receipt of public assistance and not facing eviction. H. Shaheed is forced to act as a pro se plaintiff without any resources or assistance with housing discrimination. ***Referencing Exhibit (D)***

9.  February 10, 2022 H. Shaheed as a Pro se litigant wrote and filed a 400 plus page *M.C.A.D* housing discrimination claim against the Landlord/Owner at VIA Seaport. Mayor Wu, by and through her agents in the Boston City housing Government, did not provide any programs, legal referrals, legal resources, legal funding, legal advocacy, legal services, legal courses, mental and/or emotional services to assist H. Shaheed.

H. Shaheed in receipt of public assistance is expected by Mayor Wu, by and through her agents in the Boston City housing Government. To effectively and efficiently not only file a *M.C.A.D.* claim but answer M.C.A.D. opposing side rebuttals and litigate against experienced attorney(s) from reputable law firms.***Referencing (E)***

10.  March 2022 through to August 2022 H. Shaheed reported increased housing and discrimination violations to the City of Boston Mayor's *O.F.H.& E.* Including but not limited to denied participation in BILT rent rewards and refusal to provide updated lease due to receipt of public assistance were all denied an investigation.

H. Shaheed filed a Small Claims suit in Boston Municipal court against the City of Boston Mayor's *O.F.H.& E.* for failure to follow housing policy and procedures.

*Referencing Exhibit (F)*

11. May 2022 through to December 2022, H. Shaheed was forced to amend her M.C.A.D housing discrimination claims without legal or housing government agency assistance. H. Shaheed's ability to live in her residence free from housing discrimination is dependent upon her legal education (which is none). In addition to H. Shaheed layman knowledge of litigating against experienced lawyers representing law firms. This atrocious injustice has further traumatized H. Shaheed and contributes to the detriment of her current housing discrimination situation.

*Referencing Exhibit (G)*

12. December 12, 2022 through to January 12, 2023 H. Shaheed reported housing discrimination and lease violations to City of Boston Mayor's *Office Housing Stability* were met with unprofessionalism, disregard, delays and incomplete referrals.

*Referencing Exhibit (H)*

January 13, 2023 through to January 25th all of H. Shaheed's reported City of Boston Mayor's O.H.S. policy and housing discrimination violations. To the City of Boston Mayor's *O.H.S.* Chief of Housing, Sheila Dilion was ignored.

*Referencing Exhibit (I)*

13.     January 24, 2023 the City of Boston Mayor's *O.H.S.* Deputy director, Atty. Danielle Johnson maliciously and meticulously attempted to cover up failure to perform job responsibilities. By not only purposely providing H. Shaheed misleading information and false statements of the City of Boston Mayor's O.H.S. alleged performed casework. But also blatant lies of communications and assistance from the City of Boston Mayor's O.F.H.& E with H. Shaheed's housing discrimination situation. **Referencing Exhibit (J)**

14.     January 25, 2023  H. Shaheed forwarded the City of Boston Mayor's *O.H.S.* Deputy director, Atty. Danielle Johnson email to Noreily Cirino and Nicholas Fuller from the  City of Boston Mayor's O.F.H. & E. Noreily Cirino and Nicholas Fuller both stated "No one from  the City of Boston Mayor's *O. H.S.* ever communicated with anyone from the City of Boston Mayor's *O. F.H. & E.* about anything regarding you (H. Shaheed) or your *M.C.A.D.* case." Nicholas Fuller on his own accord contacted the M.C.A.D. Chief of Investigations "Andrew Espinosa"  inquiring about H. Shaheed's M.C.A.D. case which is in strict violation of the M.C.A.D.'s confidentiality policy. **Referencing Exhibit (k)**

The City of Boston Mayor's *O.H.S* Deputy director, Atty. Danielle Johnson's display of duplicitous behavior begs for the utmost professional accountability and legal attention. The City of Boston Mayor's *O.H.S* Deputy director, Atty. Danielle Johnson's ability, authority and power to provide misleading information, misconstrued facts, false statements, falsified case work, and misrepresentation/ lies of other departments is dangerous and illegal.

For this is not only about H. Shaheed and her dire housing situation that Deputy director, Atty. Danielle Johnson has traumatically impacted and negatively affected. But it is also about the man, many, many present and future Boston residents in receipt of public assistance who are and/or will seek aid from Mayor Wu's Office of Housing Stability.

15. January 26, 2023 the City of Boston Mayor's *O.F.H. & E.* abused their authority and power by oscillating their professional and legal responsibility, deciding to no longer assist or communicate with H. Shaheed. **Referencing Exhibit (L)**

16. January 27, 2023 to present day M.C.A.D. 's professional responsibilities and relationship with H.Shaheed is contentious. M.C.A.D. 's statement of reason for communicating with the City of Boston Mayor's O.F.H.& E. about H.Shaheed M.C.A.D housing discrimination case. Is in vast contradiction with the City of Boston Mayor's *O.F.H.& E* statement of reason for communicating with M.C.A.D.

Andrew Espinosa communicating with his past employees at the City of Boston Mayor's O.F. H. & E. in regards to H. Shaheed M.C.A.D. housing discrimination complaint. Is not only a conflict of interest but is a direct violation of H. Shaheed's constitutional rights to fair and impartial housing discrimination M.C.A.D. investigation.

Andrew Espinosa is not only the new M.C.A.D. Head Deputy of Investigations but he was also the City of Boston Mayor's O.F.H. & E previous director of investigations. In addition Andrew Espinosa is named as a defendant in H. Shaheed's Smalls Claims case against the City of Boston Mayor's *O.F.H. & E.*

8

M.CA.D. changed H. Shaheed's basis of discrimination from receipt of public assistance to retaliation. H. Shaheed's M.C.A.D. Housing discrimination cases are negatively impacted by delayed amendments, failed job responsibilities, omission of the truth, false statements, procedural errors, documentation errors, misplaced blame, altered amended complaints and inconsistent policy statements.
*Referencing Exhibit (M)*

17. March 22, 2023 to present date H. Shaheed's M.C.A.D. has loss of integrity and professional care bearing multiple negative consequences. Due to M.C.A.D. investigator Lee, Advising attorney Jilian Fisher, second Deputy Chief of investigations Kenneth Callan and head Deputy Chief of investigations Andrew Espinosa lack of professionalism, lack of accountability, violation of policy and broken promises. Resulting in H. Shaheed's insurmountable pain and suffering as she continues to endure housing discrimination with nowhere to turn to within the City of Boston for assistance. *Referencing Exhibit ( N)*

Mayor Wu, by and through her Office of Housing agents in the Boston City Government has no organization, business or commission within the City of Boston. To assist H. Shaheed as a tenant in the City of Boston and in receipt of public assistance with conducting a housing discrimination investigation free from policy violations.

H. Shaheed is living an unimaginable nightmare as her M.C.AD. was her only glimpse of hope to one day seek justice for the mental, emotional, spiritual and physical pain she has endured as a victim of housing discrimination. *Referencing Exhibit ( O)*

18.     February 15, 2023 through to February 21, 2023 Atty. Katherine Jones for the City of Boston Mayor's *O.F.H.& E.* filed a motion to dismiss H. Shaheed small claims case for several reasons including procedural errors and lack of jurisdiction. H. Shaheed filed a motion to withdraw the small claim suit against the City of Boston Mayor's *O.F.H.& E.* without prejudice for lack of jurisdiction. However H. Shaheed motion was not received in time and case was dismissed for plaintiff failure to appear.
***Referencing Exhibit (P)***

19.     January 11, 2023  through to January 25, 2023  H. Shaheed reported complaints to the City of Boston Mayor's constituent services *311* hotline no less than a dozen times.However all of H. Shaheed reported housing discrimination/lease violations to the City of Boston Mayor's 311 hotline were either incorrectly documented,  ignored  or immediately closed altogether.

  Michael O'Connor the elected supervisor of the City of Boston Mayor's *311* constituent services. Informed H. Shaheed of the City of Boston Mayor's *311* policy to tunnel all the City of Boston Mayor's *O.H.S.* complaints to the City of Boston Mayor's *O.H.S.* staff. ***Referencing Exhibit (Q)***

20.     January 12, 2022 through to January 25, 2023 H. Shaheed in addendum to housing and discrimination complaints filed over a dozen complaints against the City of Boston Mayor's *O.H.S.* with her *Neighborhood Liaison (N.L.).* However to date all calls, voicemails and emails sent by H. Shaheed to Chulan Huang.

The elected Chinatown, Downtown, and Leather District *N.L.* at the City of Boston Mayor's Office has been ignored and unanswered. **Referencing Exhibit (R)**

21.     January 20, 2023 through to January 25, 2023, H. Shaheed in addendum to housing policy and discrimination complaints. Filed and called to report several complaints against the City of Boston Mayor's *O.H.S.* with the Executive director of *Neighborhood Services* at the City of Boston Mayor's Office (Enrique Pepén). However to date all calls, voicemails and emails sent by H. Shaheed to Mr. Pepén have been ignored and unanswered. **Referencing Exhibit (S)**

22.     January 25, 2023 through to January 30, 2023 all of H. Shaheed visits, completed complaint forms, calls and messages to the Mayor's assistant Yvonne Ortiz. Explicitly detailing not only housing discrimination and lease violations but the City of Boston Mayor's *O.H.S.* violations as well; have gone unanswered and unresolved. **Referencing Exhibit (T)**

## IV. CLAIMS

### COUNT 1

**(Violation of Plaintiff's Due Process Rights)**

22.     Paragraphs 1-21 are referenced and incorporated into Count 1.

23.     The actions of the Defendant denied the Plaintiff her right to Due Process of Law as guaranteed her by the Constitution of the United states.

## COUNT 2

### (Violation of Plaintiff's Equal Protection and Treatment Rights)

24.   Paragraphs 1-23 are referenced and incorporated into Count 2

25.   The actions of the Defendant denied the Plaintiff her right to Equal Protection and equal treatment as guaranteed her by the Constitution of the United states.

## COUNT 3

### (Violation of the Fair Housing Act)

26.   Paragraphs 1-25 are referenced and incorporated into Count 3.

27.   The actions of the Defendant denied the Plaintiff her right as a protected group under "family status "from any such housing preference, limitation, or discrimination" as guaranteed her by the Fair Housing Act Amendment of 1988.

## COUNT 4

### (Violation of the Boston Fair Housing Commission Assistance Program)

28.   Paragraphs 1-27 are referenced and incorporated into Count 4.

29.   The actions of the defendant denied the plaintiff the right to a housing discrimination investigation as stipulated under HUD which "allow Boston Fair Housing Commission to conduct investigations on the behalf of the Fair Housing Assistance Program (FHAP)".

## COUNT 5

### (Violation of the Office of Housing Stability Notification Act)

30. Paragraphs 1-29 are referenced and incorporated into Count 5.

31. The actions of the Defendant violated the Plaintiff "Notice of Tenants Rights" and contractual responsibility to provide "copy of Notice to quit and Notice of non-renewal of lease to the City of Boston".

## COUNT 6

### (Violation of 18 U.S.C. § 242)

32. Paragraphs 1-31 are referenced and incorporated into Count 6.

33. The actions of the "Defendant under color of law wield power vested by a government entity" "willfully deprived" the Plaintiff "of a right or privilege protected by law of the United States" 18 U.SC. § 242.

## COUNT 7

### (Violation of the Civil Rights Act of 1964)

34. Paragraphs 1-33 are referenced and incorporated into Count 7.

35. The actions of the Defendant set up the Plaintiff to be "excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance". After lease securement denies the Plaintiff her Civil Right as guaranteed and protected her by the Constitution of the United States.

## V. RELIEF

WHEREFORE, the Plaintiff pray that this Honorable Court grant:

A.    A declaration that Plaintiff constitutional rights were violated and an order requiring proper and equitable relief;

B.    Compensatory damages in the amount of Five Hundred Thousand Dollars (500,000.00);

c.    Punitive damages in the amount of One Million Dollars (1,000,000.00);

D.    Trial by jury;

F    Such other further relief that to the Court seems just, proper and equitable.


    Respectfully submitted,
    Hafeeza Shaheed
    Pro Se representing herself,


DATED: April 21, 2023

    */s/ Hafeeza Shaheed Pro se*
    Hafeeza Shaheed
    VIA Seaport
    5 Fan Pier Blvd. Suite 914

14

Boston MA 02210
Cell:(857) 322-8947
Email:Hafeeshahee@yahoo.com

## CERTIFICATE OF SERVICES

I hereby certify that this document was filed on paper with the United States District Court for the District of Massachusetts and paper copies will be hand delivered this day to the Defendant. I hereby certify that this document will also be mailed to the Defendant on May 4th 2023.

DATED: April 21, 2023

/s/ Hafeeza Shaheed Pro se
Hafeeza Shaheed

15